UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IOSIF BIKHMAN,

                            Plaintiff,                      <u>ORDER TO SHOW CAUSE</u>

   -against-                               16-CV-06203 (CBA)

CARING PROFESSIONALS, INC.,

                          Defendant.
-----------------------------------------------------------------x

      A review of the docket sheet in this case reveals that plaintiff filed the complaint in this action on November 8, 2016, and that no Answer has been filed or any further action taken in the case.

      Plaintiff is now directed to show cause, in writing, by March 20, 2017, why the case should not be dismissed for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b). Failure to comply with this Order shall result in a recommendation that the case be dismissed.

      SO ORDERED.

Dated:    Brooklyn, NY
            March 13, 2017

                                                      /s/
                                               ROANNE L. MANN
                                             UNITED STATES MAGISTRATE JUDGE