AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-6203

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Caring Professional Inc.
was received by me on *(date)*  03/20/2017  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Secretary of State (Sue Zouky)  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Caring Professionals Inc.
on *(date)*  02/28/2017  ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I also mailed out a copy of the Summons & Complaints to Caring Professions Ins. at 70-20 Austing Street, #135, Forest Hills, New York 11375 on March 3, 2017 via USPS regular mail. It has not been returned undeliveragle.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/10/2017

*Server's signature*

TAMILLA DOVMAN
*Printed name and title*

394 MAYFAIR DRIVE SOUTH
BROOKLYN, NY 11234

*Server's address*

Additional information regarding attempted service, etc:
Affidavit of Service on Secretary of State is annexed hereto

Attorney(s)
Index #  **16-cv-6203**
Purchased/Filed: November 8, 2016
State of New York
Court:      U. S. District
County:    Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Iosif Bikhman, individually, and on behalf of all others similarly situated

Plaintiff

against

Caring Professional Inc.

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 Yrs.
Weight: 120 Lbs.   Height: 5'   Sex: Female   Color of skin: White
Hair color: Brown   Other:

_____Sean Warner_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 28, 2017, at 11:46 AM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in a a Civil Action & Complaint and Demand for Jury Trial

on

**Caring Professionals Inc.**

the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

28th day of February 2017

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Sean Warner

Invoice·Work Order # 1702981
Attorney File #  **Bikhman**

```
                    State of New York - Department of State
                                Receipt for Service

Receipt #:  201703020818                         Cash #: 201703020515
Date of Service:  02/28/2017                     Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:  CARING PROFESSIONALS, INC.


Plaintiff/Petitioner:
         BIKHMAN, IOSIF



Service of Process Address:
CARING PROFESSIONALS, INC.
70-20 AUSTIN ST
STE 135
FOREST HILLS,  NY 11375
                                                 Secretary of State
                                                 By   SUE ZOUKY
```